UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RED BULL GMBH and RED BULL
NORTH AMERICA, INC.
   v.

MILTON PETROLEUM, LLC

Civil Action No. 02:19-cv-00715

**DISCLOSURE STATEMENT**

The undersigned counsel for  Plaintiffs Red Bull GmbH and Red Bull North America, Inc.  , certifies that this party is a non-governmental corporate party and that:

[X]  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
Plaintiff Red Bull North America, Inc. is a wholly-owned subsidiary of Plaintiff Red Bull GmbH. Red Bull GmbH is a private entity incorporated under the laws of Austria.  No publicly held corporation owns 10% or more of the securities of Red Bull North America, Inc. or Red Bull GmbH.

**OR**

[ ]  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*John W. Bartlett*
Signature of Attorney

John W. Bartlett
Print Name

Jan. 18, 2019
Date

Murphy Orlando LLC
Name of Firm

30 Montgomery St, 11th Floor
Address

Jersey City, NJ  07302
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)