# MURPHY ORLANDO LLC
*Attorneys at Law*

30 MONTGOMERY STREET • 11TH FLOOR • JERSEY CITY, NJ 07302

*tel* 201.451.5000 • *fax* 201.451.5000

WWW.MURPHYORLANDO.COM

jbartlett@murphyorlando.com

JOHN W. BARTLETT
*PARTNER*

May 14, 2019

*Via CM/ECF*

Hon. Kevin McNulty, U.S.D.J.
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      RE:   *Red Bull GmBH et ano. v. Milton Petroleum, LLC*
            Docket No. 2:19-cv-00715-KM-JBC

Dear Judge McNulty:

      This firm represents Plaintiffs Red Bull GmBH and Red Bull North America, Inc., in this civil action. The parties have agreed and stipulated to the terms of a Final Judgment, which upon entry will conclude this matter. It is submitted herewith on behalf of the Parties. Should it meet with Your Honor's approval, we respectfully request that Your Honor endorse it and have it entered on the docket.

      Thank you for your attention and courtesies.

                            Respectfully submitted,

                            **MURPHY ORLANDO LLC**

                            s/John W. Bartlett
                            John W. Bartlett, Esq.

c:     Hon. James B. Clark, III, U.S.M.J. (via ECF)
       Michael J. Brown, Esq. (via ECF)